**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JAMES D. SCHNELLER, | : No. 659 MAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| OFFICE OF JUDICIAL SUPPORT OF | : |
| DELAWARE COUNTY, ANGELA | : |
| MARTINEZ, INDIVIDUALLY AND IN | : |
| OFFICIAL CAPACITY AS DIRECTOR OF | : |
| THE OFFICE OF JUDICIAL SUPPORT | : |
| OF DELAWARE COUNTY, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.